FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR MANUEL AGUIRE RAMOS, *also known as* Victor Ramos,<br><br>      Petitioner,<br><br> v.<br><br>JEFFREY PERKINS,<br><br>      Respondent. | NO: 2:24-CV-00429-TOR<br><br>ORDER DISMISSING ACTION |

BEFORE THE COURT is Petitioner's three-page "Response to Order for Petitioner to Show Cause Pursuant to 28 U.S.C. § 2244(d)," and a seven-page "Appendix," which includes the Court's prior Order. ECF No. 5. Petitioner, a prisoner at the Coyote Ridge Corrections Center, is proceeding *pro se* and *in forma pauperis*. Respondent has not been served.

In his Response, Petitioner Victor Manuel Aguire Ramos asserts, "The date on which the factual predicate of the claim or claims presented could have been

ORDER DISMISSING ACTION -- 1

1  discovered through the exercise of due diligence is within the one-yers time limit
2  because the limitation period shall run from the latest July 1, 2024. This is the date
3  the factual predicate of the claims presented were discovered by the Petitoner and;
4  *the record in this case does not show the applicate was aware of the facts in totality
5  until on or about July 1, 2024. Through the Petitioner's continued investigation
6  knowledge was obtained of the facts that are important. Prior to this date the
7  Petitioner did not "know" of the important facts. There for Section 2244(d)(1)(D)."
8  *Id.* at 1–2 (as written in original).

Petitioner's invocation of the language of 28 U.S.C. § 2244(d)(1)(D), without any factual allegations either identifying the "factual predicate" allegedly discovered on July 1, 2024, or any facts demonstrating that it could not have been discovered earlier through the exercise of due diligence, is insufficient to delay the running of the federal limitations period.

**ACCORDINGLY, IT IS ORDERED:**

1.  This action is **DISMISSED with prejudice** as time barred under 28 U.S.C. § 2244(d).

//
//
//
//

ORDER DISMISSING ACTION -- 2

2. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is **DENIED**.

The Clerk of Court shall enter this Order, enter judgment, provide copies to Petitioner, and **CLOSE** the file.

**DATED** March 7, 2025.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION -- 3